OLYMPIC ADHESIVES, INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 83–10–01441

(Dated December 8, 1992)

JUDGMENT

MUSGRAVE, *Judge:* Upon consideration of the remand determination filed with the Court in this case, and there being no opposition thereto, it is hereby

ORDERED, ADJUDGED AND DECREED that the *Amendment To Final Results Of Antidumping Duty Administrative Review In Accordance With Decision Upon Remand* is affirmed, and this case is dismissed.